UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:22-cr-53

    Hon. Hala Y. Jarbou

MARVIN DESHAWN WHETSTONE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 3, 2022, Magistrate Judge Ray Kent issued a Report and Recommendation recommending that the guilty plea of Defendant Marvin DeShawn Whetstone as to Count 2 of the Indictment be accepted. (R&R, ECF No. 36.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 17, 2022. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The R&R (ECF No. 36) is **APPROVED and ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 2 of the Indictment.

3. The written plea agreement (ECF No. 32) is hereby continued under advisement pending sentencing.

4. Defendant shall remain on supervised release pending sentencing, and all conditions as laid out in Case No. 1:15-cr-21 remain in full force and effect. Sentencing is currently scheduled for **January 26, 2023,** at **9:00 AM**.

Dated: October 19, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE